UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRAGORGOS,<br><br>  Plaintiff,<br><br>vs.<br><br>Elaine Chao, in her capacity as Secretary Of Transportation and DOES I-V, inclusive,<br><br>  Defendant. | Case No. 3:17-cv-00358-LRH-CBC |

**STIPULATION AND ORDER TO EXTEND TIME**

**TO FILE OPPOSITION TO MOTION TO DISMISS**

Pursuant to LR 7-1, Plaintiff Steven Bragorgos and Defendant Elaine Chao, by and through their undersigned counsel of record, herewith stipulate to extend Plaintiff's time to file an Opposition to Defendant's Motion To Dismiss due

///

///

///

///

///

///

///

today, September 11, 2018, up to and including Monday, September 24, 2018.

The Defendant's Reply to Opposition To Motion To Dismiss would be due October 3, 2018.

**DATED** this ___ day of September, 2018.

/s/_____
Dayle Elieson
United States Attorney
Holly Vance, Esq.
Assistant United States Attorney
United States Attorney's Office
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438

Attorney For Defendant

/s/_____
Michael E. Langton, Esq.
Nevada Bar No. 290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7557

Attorney For Plaintiff

## O R D E R

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 12th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE