# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRAGORGOS, | Case No. 3:17-cv-00358-LRH-CBC |
| Plaintiff, | |
| v. | **Stipulation for Dismissal and Order Thereon** |
| ELAINE CHAO, in her capacity as Secretary of Transportation, | |
| Defendant. | |

Plaintiff Steven Bragorgos and Defendant Elaine Chao, by and through their undersigned counsel, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to bear their own costs of litigation and attorney fees.

Respectfully submitted this 5th day of February 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney
*Attorney for Defendant*

*/s/ Michael E. Langton*
MICHAEL E. LANGTON
Nevada Bar No. 290
*Attorney for Plaintiff*

**IT IS SO ORDERED**

**DATED February 6, 2019.**

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**